UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

-----------------------------------------

DIANA MEY, individually and on behalf of a class    No.: 5:18-cv-161
of all persons and entities similarly situated,

        Plaintiff,

  -against-

PROTECT AMERICA, INC.,
WAHAB GLOBAL COMMUNICATIONS, LLC
and MAHTAB AFGAN,

        Defendant.

-----------------------------------------

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
### FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, DIANA MEY, and defendant, PROTECT AMERICA, INC., by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety with prejudice as to Diana Mey's individual claims against defendants Protect America, Inc., Wahab Global Communications, LLC and Mahtab Afgan, , and without prejudice as to the claims of the putative class members.

    **IT IS SO STIPULATED.**

Dated: February 20, 2019        BAILEY & GLASSER LLP

                              By: /s/John W. Barrett
                                  John W. Barrett (WV Bar No. 7289)
                                  209 Capitol Street
                                  Charleston, WV 25301
                                  Telephone: (304) 345-6555
                                  jbarrett@baileyglasser.com
                                  *Counsel for Plaintiff*

{00132079;1}

Dated: February 20, 2019 DINSMORE & STOHL LLP

By: /s/ *Jacob A. Manning*
Jacob A. Manning (WV Bar No. 9694)
2100 Market Street
Wheeling, WV 26003
Telephone: (304) 230-1700
jacob.manning@dinsmore.com
*Counsel for Defendant Protect America, Inc.*

{00132079;1}

## **CERTIFICATE OF SERVICE**

      I, John W. Barrett, hereby certify that on February 20, 2019, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

      */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com

{00132079;1}